UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| IGNACIO GONZALES,<br><br>    Petitioner,<br><br>    v.<br><br>DEBRA DEXTER, I.S.P. Warden,<br><br>    Respondent. | Case No. EDCV 09-00211 SJO (AN)<br><br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: January 19, 2011

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE